UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUIS PEREZ | No. 3:23-cr-92 (VAB) |

### JURY VERDICT FORM

1. As to the offense of possession of a firearm in furtherance of a drug trafficking crime, we the jury unanimously find the defendant LUIS PEREZ:

    Not Guilty _____    Guilty __X__

**YOUR ANSWER MUST BE UNANIMOUS.**

*Please double check your answer above and then sign and date this verdict form.*

/s/ _____    __4/4/25_____
Foreperson           Date

1